IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-184-CR




MARK A. BARNES,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




NO. 3-91-185-CR




MARK BARNES,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY,



NOS. 339,990 & 339,991, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING



 




PER CURIAM

 These are appeals from judgments of conviction for criminal trespass and assault. 
The punishment in each cause is incarceration for one year.

 Neither a statement of facts nor a brief on appellant's behalf has been tendered for
filing. Following a hearing at which appellant did not appear, the trial court determined that there
is no indication of indigence, that appellant has not been deprived of a statement of facts due to
ineffective assistance of counsel, and that appellant has failed to make necessary arrangements for
filing a brief. Tex. R. App. P. Ann. 53(m) and 74(l) (Pamph. 1992). The evidence supports
these findings. Under the circumstances, this Court may consider the appeal on the present record.

 We have examined the transcripts and find no fundamental error or other matter
that should be considered in the interest of justice.

 The judgments of conviction are affirmed.


[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Affirmed

Filed: April 8, 1992

[Do Not Publish]